UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Wesley Guzman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10067-DRH |
| *Fanta Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10530-DRH |
| *Kathryn Simon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10337-DRH |
| *Laura Childress v. Bayer Corporation, et al.* | No. 11-cv-13056-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 2, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.11
12:37:40 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT